UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSAL BEARINGS, LLC,

        Plaintiff,                           Civil Action No.
                                                10-CV-13413

vs.

                                                PAUL D. BORMAN
ANGSTROM USA LLC,                       UNITED STATES DISTRICT JUDGE

        Defendant.
_____/

## **ORDER FINDING ORDER TO SHOW CAUSE SATISFIED**

On August 31, 2010, the Court issued a Show Cause Order to Plaintiff requesting a second amended complaint listing the respective citizenships of each of its members and sub-members, as well as the citizenships of Defendant's members and sub-members, to satisfy the jurisdiction averments required for diversity of citizenship. *See Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). Plaintiff has filed a timely response to the Show Cause Order alleging that Plaintiff's members and sub-members are citizens of New Jersey, Delaware, and South Korea, and Defendant's members and sub-members are citizens of Michigan.

Therefore, in reading Plaintiff's Second Amended Complaint, the Court finds that it has proper jurisdiction based on diversity of citizenship.

**SO ORDERED.**

                                              S/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 27, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 27, 2010.

                                                          S/Denise Goodine
                                                          Case Manager